**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILDCAT CAPITAL ENTERPRISES, LLC, assignee and successor in interest to PNC Equipment Finance, LLC, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 11-CV-04922 |
| v. | ) ) ) |
| GERALD H. WEBER JR., RONALD E. SWENSON, RUBLOFF DEVELOPMENT GROUP, INC., *et al*. | ) ) ) ) |
| Defendants. | ) ) |

## **SANDOR JACOBSON'S (AS RECEIVER) RULE 24 MOTION TO INTERVENE**

Sandor Mark Jacobson, not individually, but solely as the court appointed receiver of 3055 183rd Street, Homewood, Illinois 60430 (the "Receiver"), by and through his counsel, pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure, moves (the "Motion") this Court for an order allowing the Receiver to intervene in this action. In support of the Motion, the Receiver relies on his Memorandum of Law (the "Memorandum of Law") filed concurrently herewith, and also states as follows:

1. Rule 24(a)(2) of the Federal Rules of Civil Procedure requires that this Court permit anyone who meets the requirements of the Rule to intervene. The Seventh Circuit holds that interveners under this Rule must satisfy four requirements:

   a. The intervener must timely move to intervene;

   b. The intervener "must claim an interest relating to the property or transaction which is the subject of the action";

   c. The intervener "must be so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest"; and

      d. "[E]xisting parties must not be adequate representatives of the [intervener]'s interest."

*Heartwood, Inc. v. U.S. Forest Serv., Inc.*, 316 F.3d 694, 700 (7th Cir. 2003) (quoting *Sokaogon Chippewa Community v. Babbitt*, 214 F.3d 941, 945-46 (7th Cir. 2000)). As set forth in the Memorandum of Law, the Receiver can easily satisfy all four prongs.

    WHEREFORE, for these reasons and the reasons set forth in his Memorandum of Law filed in support of this Motion, the Receiver respectfully requests that this Court enter an order as follows: (i) granting this Motion; (ii) permitting the Receiver to intervene in this action pursuant to Rule 24; and (iii) granting such further relief as this Court deems equitable and just.

Dated: October 30, 2015

                      **SANDOR MARK JACOBSON, NOT INDIVIDUALLY, BUT SOLELY AS THE COURT APPOINTED RECEIVER**

                      By: /s/ Ryan T. Schultz
                            One of His Attorneys

Kelly Smith-Haley
Ryan Schultz
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Tel. (312) 224-1200